SCPW-20-0000276

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE HAROLD HARSHMAN, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Harold Harshman's petition for writ of mandamus, filed on April 7, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that, under the standard by which this court reviews a petition for writ of mandamus, petitioner fails to demonstrate that he is entitled to the requested extraordinary relief from this court. See <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

FINALLY, IT IS HEREBY ALSO ORDERED that the clerk of the appellate court shall forward a copy of the petition to the Family Court of the First Circuit, State of Hawaiʻi (adoption records and/or legal research division) to provide assistance to petitioner, as appropriate.

DATED:  Honolulu, Hawaiʻi, May 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson